# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00836-CV

**In re Humberto Licea**

### ORIGINAL PROCEEDING FROM NUECES COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   February 12, 2013